IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KURT DASILVA,

        Plaintiff,                    No. CIV S-11-3460 DAD P

    vs.

MARSH, et al.,

        Defendants.          <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed. Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

        Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

DATED: February 1, 2012.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:mp
dasi3460.59